JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| ANA A.,<br><br>     Plaintiff<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>     Defendant. | Case No. 2:20-cv-11376-GJS<br><br>JUDGMENT |

12
13
14
15
16
17
18
19

     Pursuant to the Court's Memorandum Opinion and Order,

20

     IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

21
22
23
24
25

DATED: August 12, 2022

26
27

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

28