**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANA DORIS APARICIO, ) | Case No.: 2:20-cv-11376-GJS |
| Plaintiff, ) | |
| ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| vs. ) | ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| KILOLO KIJAKAZI, ) | AND COSTS PURSUANT TO 28 |
| Acting Commissioner of Social ) Security, ) | U.S.C. § 1920 |
| Defendant ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: September 29, 2022

_____
THE HONORABLE GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE